**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  NORMA OSTERHOUT        :        Chapter 13
                               :
                               :
        Debtor(s)              :        Bky. No. 17-10253

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the Applicant's

certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$2,000.00** which

    was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the

    terms of the confirmed chapter 13 plan.

**Date:**_____                          _____
                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**