# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 17-10253-ELF

NORMA J. OSTERHOUT

358 CHELSEA ROAD

FAIRLESS HILLS, PA 19030

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NORMA J. OSTERHOUT

    358 CHELSEA ROAD

    FAIRLESS HILLS, PA 19030

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 12/18/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee