United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 17-10253-elf
Norma J. Osterhout                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1          Date Rcvd: Jan 17, 2018
                              Form ID: pdf900       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
```
db         +Norma J. Osterhout,    358 Chelsea Road,    Fairless Hills, PA 19030-2245
13886691    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
13850585   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13850584   +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13883491    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13850587   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13850586   +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
13853650   +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13850588   +Peoples Bk Credit Card Services,    Attn: Bankruptcy,    Po Box 7092,    Bridgeport, CT 06601-7092
13850591   +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
13850590   +Revenue Recovery Corp,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13850592   +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13850593   +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
13850594   +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
13936460   +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Rushmore Loan Management Services,
             P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:25     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:38      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:19      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:47      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13869839    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:14:13
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13850589    +E-mail/Text: creditreconciliation@peoples.com Jan 18 2018 01:51:58
             Peoples Bk Credit Card Services,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Norma J. Osterhout support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMA J. OSTERHOUT | Chapter 13 |
| Debtor | Bankruptcy No. 17-10253-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 17, 2018** _____

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
NORMA J. OSTERHOUT

358 CHELSEA ROAD

FAIRLESS HILLS, PA 19030